IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gasero, Daniel J | Case Number: 04 B 03126 |
|---|---|---|
| | Gasero, Mary K | Judge: Goldgar, A. Benjamin |
| | Printed: 2/19/08 | Filed: 1/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 14, 2008
Confirmed: April 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 35,634.18 | |
| Secured: | | 0.00 |
| Unsecured: | | 33,822.71 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,811.47 |
| Other Funds: | | 0.00 |
| Totals: | 35,634.18 | 35,634.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cenlar Federal Savings Bank | Secured | 0.00 | 0.00 |
| 2. | Discover Financial Services | Unsecured | 906.13 | 906.13 |
| 3. | Discover Financial Services | Unsecured | 4,927.70 | 4,927.70 |
| 4. | ECast Settlement Corp | Unsecured | 2,006.00 | 2,006.00 |
| 5. | American Express Centurion | Unsecured | 1,844.32 | 1,844.32 |
| 6. | ECast Settlement Corp | Unsecured | 789.44 | 789.44 |
| 7. | RoundUp Funding LLC | Unsecured | 5,354.62 | 5,354.61 |
| 8. | Resurgent Capital Services | Unsecured | 2,645.42 | 2,645.42 |
| 9. | Capital One | Unsecured | 5,080.03 | 5,080.03 |
| 10. | ECast Settlement Corp | Unsecured | 6,536.67 | 6,536.67 |
| 11. | RoundUp Funding LLC | Unsecured | 135.41 | 135.41 |
| 12. | Barrington Orthopedic Spec | Unsecured | 25.00 | 25.00 |
| 13. | Capital One | Unsecured | 808.92 | 808.92 |
| 14. | Capital One | Unsecured | 1,743.97 | 1,743.97 |
| 15. | ECast Settlement Corp | Unsecured | 1,019.10 | 1,019.09 |
| 16. | Bank One | Unsecured | | No Claim Filed |
| 17. | Elk Grove Lab Physicians | Unsecured | | No Claim Filed |
| 18. | CitiBusiness | Unsecured | | No Claim Filed |
| 19. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 20. | KCA Financial Services | Unsecured | | No Claim Filed |
| 21. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 22. | KCA Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,822.73 | $ 33,822.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gasero, Daniel J | Case Number: 04 B 03126 |
|---|---|---|
| | Gasero, Mary K | Judge: Goldgar, A. Benjamin |
| | Printed: 2/19/08 | Filed: 1/28/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 141.45 |
| 6.5% | 625.27 |
| 3% | 88.00 |
| 5.5% | 484.34 |
| 5% | 145.85 |
| 4.8% | 281.95 |
| 5.4% | 44.61 |
| | _____ |
| | $ 1,811.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

